# Exhibit B

# YOUNG BASILE

**THOMAS N. YOUNG**
young@youngbasile.com
DIRECT: 248-244-0101

YOUNG BASILE
HANLON & MACFARLANE, P.C.
INTELLECTUAL PROPERTY | LITIGATION | TECHNOLOGY

3001 WEST BIG BEAVER ROAD, SUITE 624
TROY, MICHIGAN 48084-3107

T: (248) 244-0101
F: (248) 649-3338

March 31, 2021

Laguna Tools Inc.
744 Refuge Way
Suite 200
Grand Prairie, TX 75050
Attn: Stephen Stoppenbrink

Re:   Infringement of U.S. Patent No. 8,309,881
      Our Ref. No.: SNI-114

Gentlemen:

We are patent counsel to SuperNova Inc. of Lansing Michigan and write to you on their behalf regarding your company's engraver product Model Number MLC122040-2.

SuperNova Inc. is the owner of United States Patent No. 8,309,881 issued November 13, 2012 on a laser engraver having a height adjustment feature. Based on the information we have gained from a review of your website portraying the Laguna Tools PL 12/20 Laser MLC122040-2 Engraver, we believe that the sale and offer for sale of this product in the United States infringes at least claims 1, 3, 4, 5, 7, 8, 15, 16, 17, 18, 19, 38 and 43 of the aforementioned patent. We enclose a copy of the patent for your convenience.

With this notice we demand that sales and offers for sale of this product immediately cease and that our client be provided with an accounting for all sales made and/or pending including the names of the buyers and the revenues received by your company from such sales.

We ask for your response to this notice and confirmation that appropriate action will be taken in no more than 30 days.

Very truly yours,

Thomas N. Young
Registered Patent Attorney

Enclosure
cc: Catherine Helshoj      Tong Lee, President
    2072 Alton Parkway     SuperNova, Inc.
    Irvine, CA 92606       1709 Thompson St # 311
                           Lansing, MI 48906