# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

TONG LI and SUPERNOVA INT'L
Plaintiff

v.

3:21-cv-00949
Civil Action No.

LAGUNA TOOLS, INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff SuperNova International

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None other than the parties.

| | |
|---|---|
| Date: | April 27, 2021 |
| Signature: | /s/ John Demaro |
| Print Name: | John Demarco |
| Bar Number: | 24062336 |
| Address: | 700 Milam St., Ste. 1300 |
| City, State, Zip: | Houston, TX 77002 |
| Telephone: | (832) 871-5058 |
| Fax: | (248) 649-3338 |
| E-Mail: | demarco@youngbasile.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons