| | | Court Stamp Here |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Notice: This document contains sensitive data | | |
| Court | Federal Court<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS<br>Lubbock County, Texas | |
| Plaintiff | SUPERNOVA INTERNATIONAL; ET AL | Cause #<br>3:21-CV-00949-G |
| Defendant(s) | LAGUNA TOOLS, INC | Came to Hand Date/Time<br>4/29/2021    12:27 PM |
| Manner of Service | Personal | Service Date/Time<br>5/06/2021    9:55 AM |
| Documents | SUMMONS; COMPLAINT; NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGMENT; CIVIL CASE COVER SHEET | Service Fee:<br>$135.00 |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **5/06/2021** at **9:55 AM**: I served **SUMMONS, COMPLAINT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGMENT and CIVIL CASE COVER SHEET** upon **Laguna Tools, Inc c/o Stephen Stoppenbrink, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **Laguna Tools, Inc c/o Stephen Stoppenbrink, REGISTERED AGENT, Anna DeLeon, EMPLOYEE, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Hispanic female approx. 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs** at **744 Refuge Way Ste. 200, Grand Prairie, TX 75050**.

My name is: **Greg T. Miller**. My date of birth is: **5/15/1970**

My address is: **404 East Border St.#409, Arlington, TX 76010**, USA.

My process server identification # is: **PSC-11576**. My Certification expires: **7/31/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  dallas  county, TX.

*Greg Miller*

Greg T. Miller

05/08/2021

Date Executed

Ref **SNI-114 S&C**

0069144543

txefile@abclegal.com

 Young Basile

Tracking # **0069687651**

